STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
SARAH GILL
Special Assistant U.S. Attorney
HEATH URBAN
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 16 2000

at 8 o'clock and 10 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00408 HG |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. § 661] |
| CLARENCE M. BUTLER, JR., | ) | |
| Defendant. | ) | |

INFORMATION

COUNT 1

The United States Attorney charges that:

On or about September 17, 1999, in the District of Hawaii, and within the special maritime and territorial

jurisdiction of the United States, to wit, Schofield Barracks, **CLARENCE M. BUTLER, JR.**, defendant herein, did take and carry away, with intent to steal and purloin, the property of another, namely, a 1994 Honda Civic DX vehicle with personal property inside of said vehicle and belonging to Patrick Lockhart, the value of which exceeds $1,000.00.

All in violation of Title 18, United States Code, Section 661.

## COUNT 2

The United States Attorney further charges that:

On or about March 15, 2000, in the District of Hawaii, and within the special maritime and territorial jurisdiction of the United States, to wit, Schofield Barracks, **CLARENCE M. BUTLER, JR.**, defendant herein, did take and carry away, with intent to steal and purloin, the property of another, namely, a 1995 Jeep Wrangler vehicle with personal property inside of said vehicle and belonging to Derek Dahlke, the value of which exceeds $1,000.00.

///

///

All in violation of Title 18, United States Code, Section 661.

DATED:    OCT 1 6 2000   , 2000 at Honolulu, Hawaii.

_____
STEVEN S. ALM
UNITED STATES ATTORNEY

_____
ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

_____
EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

Untied States v. Clarence M. Butler, Jr.;
Cr. No. _____
INFORMATION

3